IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Civ. No. 2:21-CV-00018-BO

CHRISTOPHER SEYMOUR, )
 )
        Plaintiff, )
 )
v. )
 )
KILOLO KIJAKAJI, )
Acting Commissioner of )
Social Security, )
 )
        Defendant. )
 )

## ORDER

Upon consideration of Plaintiff's petition for attorney's fees pursuant to the Equal Access to Justice Act, and Defendant's opposition thereto, it is this __3__ day of __February__, __2023__,

ORDERED that Plaintiff is hereby awarded attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $6113.50 in full satisfaction of all claims arising under the Equal Access to Justice Act. The fee shall be payable to Plaintiff and sent to Plaintiff's counsel, Russell R. Bowling, Of Counsel, Olinsky Law Group, 77 West Main Street, Franklin, NC 28734.

                                            _/s/ Terrence W. Boyle_
                                            TERRENCE W. BOYLE
                                            UNITED STATES DISTRICT JUDGE