UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER BOYD SEYMOUR, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:21-cv-00018-BO |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| Defendant. ) | |

## ORDER

AND NOW, this **19** day of May, 2023, on consideration of the parties' joint motion for approval of stipulated award of attorney's fees pursuant to the Equal Access to Justice Act, it is hereby,

ORDERED that the Order and Judgment entered February 6, 2023 (Doc. 37, 38), are VACATED, and Plaintiff, Christopher Boyd Seymour, is awarded Eight Thousand dollars and 00/100 cents ($8,000.00) in attorney fees, under the Equal Access to Justice Act, 28 U.S.C. § 2412. Full or partial remittance of the award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the award in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT:

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge